UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| DONALD H. RILEY, JR. AND<br>SHARI A. RILEY<br>    Plaintiffs<br><br>v.<br><br><br>TRAVELERS LLOYDS OF TEXAS<br>AND<br>NATHAN PLASSMAN<br>    Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br><br>CIVIL ACTION NO. 7:17-CV-187-RAJ |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR PARTIAL NONSUIT**

The Court, having considered Plaintiffs' Unopposed Motion for Partial Nonsuit with prejudice of Defendant Nathan Plassman is of the opinion that Plaintiffs' motion should be granted. It is THEREFORE ORDERED that all claims asserted by Plaintiffs against Defendant Nathan Plassman are dismissed with prejudice. The remaining Defendant in the case is Travelers Lloyds of Texas Insurance Company.

SIGNED this _____ day of _____, 2017.

_____
JUDGE PRESIDING

1